STATE v. WILLIS

    No. 1 PC.

    Case below:  4 N.C. App. 641.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.

SWAIN v. WILLIAMSON

    No. 78 PC.

    Case below:  4 N.C. App. 622.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 June 1969.

THOMPSON APEX COMPANY v. TIRE SERVICE

    No. 65 PC.

    Case below:  4 N.C. App. 402.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 June 1969.

THRASHER v. THRASHER

    No. 5 PC.

    Case below:  4 N.C. App. 534.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.